In the United States District Court for the Southern District of Illinois

William Mabie
PLAINTIFF

V.

Alton City Jail
Alton Police Department
RESPONDENTS

FILED    T.B.A.
APR 22 2015    15cv449 SMY/SCW
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

PETITION TO ENFORCE FREEDOM OF INFORMATION ACT, COURT ORDERED RESPONSE

Comes now plaintiff acting PRO SE requesting this honourable Court to order respondents to comply with Freedom of Information Act.

Plaintiff sought, and seeks copy* of calls made to Alton City Jail, on 3/12/15, between 1:00 A.M. and 3:30 A.M., made by United States Marshals, or on Marshals behalf, concerning plaintiff. Second, plaintiff sought and seeks copy* of call made to Alton City Jail's Custodian of records, purportedly on 4/2/15, by Deputy United States Marshal - Tom Woods - regarding retrieval of the 3/12/15 call previously noted.

Plaintiff went through Alton City Jail's grievance procedure. Plaintiff sought said information through filing a Freedom of Information Act request. Request denied on 4/17/15 in person.

*"Copy" being transcript, or audio recording. PRINTOUT OF "SCREEN"

On morning of 4/17/15 plaintiff met with Sargeant Cramer, and the Chief of Police, and discussed this request.

Sargeant Cramer stated he would not turn over said calls, as United States Marshals Service had not instructed him to do so; Sargeant Cramer went on to say that the U.S.M.S. led him to believe the Court (United States District Court for Southern District of Illinois) had ordered such call not to be turned over, and would not comply until Court or USMS instructed him to do so.

Plaintiff informed Sgt Cramer that he was misled - Court (Judge Reagan) had only addressed a subpoena request, in which D.U.S.M. Tom Woods portrayed recovery of such call as an arduous task. (As Sgt Cramer has isolated and preserved such call - this is clearly not the case) Judge Reagan did not, and could not have addressed a Freedom of Information Act request, as hearing was 4/3/15, PRIOR to request being made, further, the U.S.M.S. does not control F.O.I.A. for any entity other than U.S.M.S.

Clearly such information requested falls under the area of the F.O.I.A.

Given the gravity of the issue, assault, obstruction of Justice, the Court should order production of items sought forthwith.

COPY GIVEN TO RESPONDENT* THROUGH IN HOUSE MAIL THIS DATE - 4/17/15

Signature guarantees all statements herein are true under penalty of perjury 18 USC 1746

William Mabie

K. MABIE
1710 E. BROADWAY
ALTON IL 62002

United States District Court Clerk
750 Missouri Avenue
East St. Louis IL 62002

Mailed From 62002
04/20/2015
032A 0061806620

US POSTAGE
$ 00.48
First-Class